# Court of Appeals
# of the State of Georgia

ATLANTA,  January 06, 2026

*The Court of Appeals hereby passes the following order:*

## A26E0125. ROBINSON v. BROWN

Nancy Robinson's motion for an extension of time within which to file an application for discretionary appeal pursuant to Court of Appeals Rules 16(c), 31(i), and 40(b) is hereby GRANTED. The application shall be filed by February 9, 2026.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,   01/06/2026*

   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*